UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>769 ASSORTED PRECIOUS METALS AND COINS,<br><br>Defendant. | CASE NO.: 2:14-CV-0032-TOR<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS<br><br>**MARSHAL ACTION REQUIRED** |

BEFORE THE COURT is the United States' Motion to Dismiss Civil Forfeiture Complaint (ECF No. 28). The motion was submitted for consideration without oral argument. Having reviewed the motion and the file therein, the Court is fully informed. The United States seeks to dismiss this action, with prejudice, and with each party bearing its own costs, fees, and other expenses, pursuant to Fed. R. Civ. P. 41.

The time for responding to the motion has expired. Claimant William P. Dougherty, III has not objected to such dismissal or the terms requested.

For good cause shown, the motion is granted.

ORDER GRANTING MOTION TO DISMISS ~ 1

1    **ACCORDINGLY, IT IS ORDERED**:

2        The United States' Motion to Dismiss Civil Forfeiture Complaint (ECF No.

3    28) is **GRANTED**.  The above entitled action is **DISMISSED** with prejudice and

4    with each party to bear its own costs, fees, and other expenses.

5        The U.S. Marshal, having obtained possession of the defendant property by

6    process issued by the Court, shall arrange for the return of the defendant property

7    to the Claimant William P. Dougherty, III.

8        The District Court Executive is directed to enter this Order, provide copies

9    to counsel and the claimant, Mr. Dougherty, and **CLOSE** the file.

10       **DATED** March 3, 2016.

11



12                                   THOMAS O. RICE
                           Chief United States District Judge

13

14

15

16

17

18

19

20

ORDER GRANTING MOTION TO DISMISS ~ 2